

**IT IS ORDERED as set forth below:**

**Date: September 6, 2019**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-42149-BEM |
| RANDY FRANKLIN USREY and SANDY MARIE USREY, | |
| Debtors. | CHAPTER 13 |

## O R D E R

A discharge was entered in the above captioned chapter 13 case on September 3, 2019. [Doc. 49]. The discharge was entered prematurely in error. Pursuant to Fed. R. Bankr. P. 3002.1(f), two Notices of Final Cure Mortgage Payment (the "Notices") were filed on August 22, 2019. [Docs. 46, 47]. Fed. R. Bankr. P. 3002.1(g) provides that the holder of the secured claim may file a response to the Notice of Final Cure Mortgage Payment within 21 days of service of the Notice. It appearing that the discharge was entered before the termination of the Rule 3002.1(g) response period for the Notices, it is hereby

ORDERED that the discharge [Doc. 49] is REVOKED as premature.

**END OF ORDER**

**Distribution List**

RANDY FRANKLIN USREY
1386 SITTON RD S
CHATSWORTH, GA 30705

SANDY MARIE USREY
1386 SITTON RD S
CHATSWORTH, GA 30705-5634

GEORGIA UNITED CREDIT UNION
ATTN: Bankruptcy Administrator
P.O. BOX 100070
DULUTH, GA 30096-9370

Rickman & Assoc
Dan Saeger
1755 N Brown Rd Ste 200
Lawrenceville GA 30043

Delaycee Rowland
Shapiro Pendergast & Hasty, LLP
2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941

Taylor Mansell
Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346

DEUTSCHE BANK NATIONAL TRUST
COMPANY
ATTN: Bankruptcy Administrator
Carrington Mortgage Services
P.O. Box 3730
Anaheim, CA 92806

Shapiro Pendergast & Hasty
Lucretia Scruggs
211 Perimeter Center Pky NE Ste 300
Atlanta GA 30346